IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUANA GOMEZ,** | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WAL-MART STORES EAST, L.P.,** *et al.,* | : | |
| *Defendants.* | : | NO. 24-4421 |

## ORDER

AND NOW, this **4th** day of **February 2025**, upon consideration of the Motions to Dismiss (ECF Nos. 8, 11) and the corresponding briefing, it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, the case is **REMANDED** to the Court of Common Pleas for Philadelphia County.

The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**